**A. H. BULL STEAMSHIP COMPANY, Inc., as owner of THE ARLYN, THE BEATRICE, THE EDITH and THE MARINA, Libelant,**

v.

**The UNITED STATES of America, Respondent.**

United States District Court
S. D. New York.
June 20, 1955.

The **CHICKASAW NATION**

v.

The **UNITED STATES.**

Appeals Docket No. 1–55.

United States Court of Claims.
June 7, 1955.

Kirlin, Campbell & Keating, New York City, for libelant.

J. Edward Lumbard, U. S. Atty., New York City, for respondent.

BICKS, District Judge.

Motion for reargument granted and upon such reargument the former decision is adhered to.

On reargument, libelant for the first time makes the contention that under the provisions of Clause 1(d) of the Second Disputes Addendum the applicable statute of limitations did not commence to run until its claim under that addendum for an amount in addition to the settlement sum had been rejected administratively. But there is no provision so tolling the statute of limitations. The addendum provides only that, after accepting a settlement, the libelant may "recover either administratively or judicially" the difference between the settlement amount and a subsequent valuation. The decisions cited by libelant are authority for the proposition that suit time does not commence to run prior to the settlement, a fact which is not disputed; they do not hold that running of the statute of limitations is tolled during the post-settlement period while an additional amount is sought to be recovered administratively.